People of the State of Illinois, Defendant in Error, v. Elihu Totten and Mabel Totten, Plaintiffs in Error.

Heard in this court at May term, 1942; opinion filed June 27, 1942; rehearing denied September 9, 1942.  J. L. McLaughlin and U. G. Ward, for plaintiffs in error; George F. Barrett, Attorney General, for defendant in error; Joseph B. Siemer, State's Attorney.  Opinion by JUSTICE CULBERTSON.  ''Not to be published in full.''

People of the State of Illinois, Defendant in Error, v. Rolston Smith, Plaintiff in Error.

Heard in this court at May term, 1942; opinion filed June 27, 1942; rehearing denied September 9, 1942.  Karns & Bandy, for plaintiff in error; George F. Barrett, Attorney General, Louis P. Zerweck, State's Attorney, R. V. Gustin and Fred J. Bier, Assistant State's Attorneys, for defendant in error.  Opinion by JUSTICE DADY.  ''Not to be published in full.''